Qinyu Fan, Esq.
**HANG & ASSOCIATES, PLLC**
136-20 38th Ave, Suite 10G
Flushing, New York 11354
718.353.8588
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Weiqing Cao, individually and on behalf of all other employees similarly situated,<br><br>       Plaintiff,<br><br>- against -<br><br>Honshu, LLC., d/b/a Honshu Sushi, and Fendai Chen;<br><br>       Defendants. | Civil Action No. 2:19-cv-15528 (SDW)(ESK)<br><br>**NOTICE OF JOINT MOTION FOR ENTRY OF CONSENT ORDER APPROVING PLAINTIFF'S SETTLEMENT AND RELEASE OF FLSA WAGE CLAIMS**<br><br>*Electronically Filed* |

To: Catherine P. Wells, Esq. and
   Stephen T. Scirocco, Esq.,
   Chiesa, Shahinian & Giantomasi, P.C.
   One Boland Drive,
   West Orange, New Jersey 07052
   *Attorneys for Defendants*

COUNSEL:

  **PLEASE TAKE NOTICE** that on April 19, 2021, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Weiqing Cao shall move before the United States District Court for the District of New Jersey, Hon. Edward S. Kiel, U.S.M.J., M.L. King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of a Consent Order approving Plaintiff's settlement and release of all claims of unpaid minimum wages, overtime compensation, and tips and gratuities arising under the federal Fair Labor Standards Act, as required by 29 U.S.C. § 216(b); and

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Plaintiff shall rely upon the annexed Brief, Declaration of Qinyu Fan, Esq. and proposed form of Consent Order, which has been approved by both parties; and

**PLEASE TAKE FURTHER NOTICE** that Defendants join in the within motion and consents thereto.

Respectfully submitted,

HANG & ASSOCIATES, PLLC.
136-20 38th Ave, Suite 10G
Flushing, New York 11354
(718) 353-8588
*Attorneys for Plaintiff*

By: s/ *Qinyu Fan*
      Qinyu Fan

Dated: March 18, 2021

## **CERTIFICATE OF SERVICE**

The undersigned, a member in good standing of the bar of the United States District Court for the District of New Jersey, hereby certifies that on March 18, 2021, she caused to be served a true and correct copy of the within Motion papers by ECF and email to Defendants' counsel as follows:

Catherine P. Wells, Esq.,
Chiesa Shahinian & Giantomasi, P.C.
One Boland Drive
West Orange, NJ 07052
Email: cwells@csglaw.com
*Attorney for Defendants*

And

Stephen T. Scirocco
Chiesa Shahinian & Giantomasi, P.C.
One Boland Drive
West Orange, NJ 07052
Email: sscirocco@csglaw.com
*Attorney for Defendants*

s/ *Qinyu Fan*
Qinyu Fan

Dated: March 18, 2021