# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WEIQING CAO, individually and on behalf of all other employees similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**HONSHU, LLC, *et al.*,**<br><br>　　　　**Defendants.** | Case No. 19–cv–15528–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on the parties' joint motion for the entry of a consent order approving plaintiff's settlement and release of FLSA wage claims filed on March 18, 2021 (Motion) (ECF No. 27); and the parties having consented to a magistrate judge to conduct all proceedings in this matter (ECF No. 34); and the plaintiff having provided a copy of the fully executed settlement agreement (Settlement) between the parties to the Court for *in camera* review; and for the reasons stated on the record,

**IT IS** on this   **6th** day of **April 2021**   **ORDERED** that:

1.　The Motion (**ECF No. 27**) is **GRANTED**. The Settlement is approved.

2.　The Clerk of the Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**